UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADVANCED AEROSPACE TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> and <br><br> INSITU, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 4:12-cv-226-RWS <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff Advanced Aerospace Technologies, Inc. ("AATI") for its Answer to Defendants' Counterclaims state as follows:

1. AATI admits that Defendants filed a counterclaim for a declaratory judgment.

Parties and Jurisdiction

2. AATI admits the allegations of paragraph 2 of Defendants' Counterclaims.

3. AATI admits the allegations of paragraph 3 of Defendants' Counterclaims.

4. AATI admits the allegations of paragraph 4 of Defendants' Counterclaims.

5. Paragraph 5 of Defendants' Counterclaims states legal conclusions to which no response is required. To the extent a response is required, AATI denies the allegations of paragraph 5 of Defendants' Counterclaims.

6. AATI admits the allegations of paragraph 6 of Defendants' Counterclaims.

7. AATI admits the allegations of paragraph 7 of Defendants' Counterclaims.

Facts

8. AATI admits the allegations of paragraph 8 of Defendants' Counterclaims.

9. AATI admits the allegations of paragraph 9 of Defendants' Counterclaims.

10. AATI admits the allegations of paragraph 10 of Defendants' Counterclaims.

11. AATI admits the allegations of paragraph 11 of Defendants' Counterclaims.

12. AATI admits the allegations of paragraph 12 of Defendants' Counterclaims.

13. AATI admits the allegations of paragraph 13 of Defendants' Counterclaims.

14. AATI admits the allegations of paragraph 14 of Defendants' Counterclaims.

15. AATI admits the allegations of paragraph 15 of Defendants' Counterclaims.

16. Paragraph 16 of Defendants' Counterclaims states legal conclusions to which no response is required.  To the extent a response is required, AATI denies the allegations of paragraph 16 of Defendants' Counterclaims.

**Count One—Non-Infringement of '729 Patent**

17. AATI incorporates by reference its responses to paragraphs 1 through 16 of Defendants' Counterclaims.

18. AATI denies the allegations of paragraph 18 of Defendants' Counterclaims.

19. AATI denies the allegations of paragraph 19 of Defendants' Counterclaims.

**Count Two—Invalidity of the '729 Patent**

20. AATI incorporates by reference its responses to paragraphs 1 through 19 of Defendants' Counterclaims.

21. AATI denies the allegations of paragraph 21 of Defendants' Counterclaims.

22.     AATI denies the allegations of paragraph 22 of Defendants' Counterclaims.

### Count Three—Non-Infringement of the '137 Patent

23.     AATI incorporates by reference its responses to paragraphs 1 through 22 of Defendants' Counterclaims.

24.     AATI denies the allegations of paragraph 24 of Defendants' Counterclaims.

25.     AATI denies the allegations of paragraph 25 of Defendants' Counterclaims.

### Count Four—Invalidity of the '137 Patent

26.     AATI incorporates by reference its responses to paragraphs 1 through 25 of Defendants' Counterclaims.

27.     AATI denies the allegations of paragraph 27 of Defendants' Counterclaims.

28.     AATI denies the allegations of paragraph 28 of Defendants' Counterclaims.

### PRAYER FOR RELIEF

AATI denies that it is liable for any of the relief requested in Defendants' Prayer for Relief.

Date:  April 11, 2012                                    Respectfully submitted,

                                                         **ARENT FOX, LLP**

                                                         /s/ Lindsay S.C. Brinton
                                                         Lindsay S.C. Brinton (Bar No. 58595MO)
                                                         Clayton, MO 63105
                                                         Phone: (314) 721-0219
                                                         Fax:    (202) 357-6395
                                                         brinton.lindsay@arentfox.com

                                                         Craig S. King
                                                         Anthony W. Shaw
                                                         Richard J. Webber
                                                         Kevin R. Pinkney
                                                         Taniel E. Anderson
                                                         1050 Connecticut Avenue, N.W.
                                                         Washington, DC  20036

LDR/378872.2

Phone  (202) 857-6227
Fax:    (202) 357-6395
king.craig.@arentfox.com
shaw.anthony@arentfox.com
webber.richard@arentfox.com
pinkney.kevin@arentfox.com
anderson.taniel@arentfox.com

4

LDR/378872.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of April 2012, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the following:

B. Scott Eidson
David W. Harlan
John H. Quinn, III
Armstrong Teasdale, LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
seidson@armstrongteasdale.com
dharlan@armstrongteasdale.com
jquinn@armstrongteasdale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

David C. Marcus
Wilmer, Cutler, Pickering, Hale, & Dorr, LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
david.marcus@wilmerhale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

Nina S. Tallon
Wilmer, Cutler, Pickering, Hale, & Dorr, LLP
1801 Pennsylvania Avenue, NW
Washington, D.C.  20006
nina.tallon@wilmerhale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

Joseph F. Haag
Wilmer, Cutler, Pickering, Hale, & Dorr, LLP
950 Page Mill Road
Palo Alto, California  94304
joseph.haag@wilmerhale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

Jonathan W. Andron
Sean K. Thompson
Wilmer, Cutler, Pickering, Hale, & Dorr, LLP
60 State Street
Boston, Massachusetts  02109
jonathan.andron@wilmerhale.com
sean.thompson@wilmerhale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

/s/ Lindsay S.C. Brinton