## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ADVANCED AEROSPACE TECHNOLOGIES, INC., | ) ) ) ) |
| Plaintiff and Counterclaim-defendant | ) ) ) ) Civil Action No. 4:12-cv-00226-RWS |
| v. | ) ) ) |
| THE BOEING COMPANY, | ) ) ) |
| and | ) ) ) |
| INSITU, INC., | ) ) ) |
| Defendants and Counterclaim-plaintiffs | ) ) ) |

## DEFENDANTS' MOTION TO STAY

Defendants The Boeing Company and Insitu, Inc. hereby move this court, for an order staying this proceeding pending the final disposition of *Advanced Aerospace Technologies, Inc. v. United States*, No. 1:12-cv-00085-SGB, currently pending before the U.S. Court of Federal Claims.  In support of this Motion, Defendants incorporate herein their Memorandum of Law in Support of Boeing's and Insitu's Motion to Stay, which is filed concurrently herewith.

WHEREFORE, the defendants The Boeing Company and Insitu, Inc. respectfully request that this Court stay this action pending final disposition of the parallel proceeding, *Advanced Aerospace Technologies, Inc. v. United States*, No. 1:12-cv-00085-SGB, currently pending before the U.S. Court of Federal Claims.

- 2 -

Dated:  April 18, 2012                    ARMSTRONG TEASDALE LLP

By:   /s/B. Scott Eidson
John H. Quinn III #26350MO
David W. Harlan, #20127MO
B. Scott Eidson #57757MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105-1847
(314) 621-5070
(314) 621-5065 (facsimile)
Email: jquinn@armstrongteasdale.com
       dharlan@armstrongteasdale.com
       seidson@armstrongteasdale.com

ATTORNEYS FOR DEFENDANTS
THE BOEING COMPANY AND INSITU, INC.

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 18th day of April, 2012, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the following:

Anthony W. Shaw; shaw.anthony@arentfox.com
Craig S. King; king.craig@arentfox.com
Kevin R. Pinkney; pinkney.kevin@arentfox.com
Richard J. Webber; webber.richard@arentfox.com
Taniel E. Anderson; anderson.taniel@arentfox.com

ARENT AND FOX
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
202-857-6320
Fax: 202-857-6395
Lindsay S.C. Brinton; Email: brinton.lindsay@arentfox.com
ARENT FOX LLP
112 South Hanley Road, Suite 200
Clayton, MO 63105-3418
314-721-0219
Fax: 202-357-6395                                      /s/ B. Scott Eidson