UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADVANCED AEROSPACE TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim-defendant <br><br> v. <br><br> THE BOEING COMPANY, <br><br> and <br><br> INSITU, INC., <br><br> Defendants and Counterclaim-plaintiffs | Civil Action No. 4:12-cv-00226-RWS |

**DEFENDANTS' MOTION TO STAY**

Defendants The Boeing Company and Insitu, Inc. hereby move this court, for an order staying this proceeding pending the final disposition of *Advanced Aerospace Technologies, Inc. v. United States*, No. 1:12-cv-00085-SGB, currently pending before the U.S. Court of Federal Claims.  In support of this Motion, Defendants incorporate herein their Memorandum of Law in Support of Boeing's and Insitu's Motion to Stay, which is filed concurrently herewith.

WHEREFORE, the defendants The Boeing Company and Insitu, Inc. respectfully request that this Court stay this action pending final disposition of the parallel proceeding, *Advanced Aerospace Technologies, Inc. v. United States*, No. 1:12-cv-00085-SGB, currently pending before the U.S. Court of Federal Claims.

Dated:  April 18, 2012                    ARMSTRONG TEASDALE LLP

By: /s/ B. Scott Eidson
    John H. Quinn, III, #26350MO
    David W. Harlan, #20127MO
    B. Scott Eidson, #57757MO
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105-1847
    Tel: 314-621-5070
    Fax: 314-621-5065
    jquinn@armstrongteasdale.com
    dharlan@armstrongteasdale.com
    seidson@armstrongteasdale.com

    David C. Marcus
    (*admission pro hac vice*)
    WILMER CUTLER PICKERING HALE
       AND DORR LLP
    350 South Grand Avenue, Suite 2100
    Los Angeles, CA 90071
    Tel:  213-443-5312
    David.Marcus@wilmerhale.com

    Nina S. Tallon
    (*admission pro hac vice*)
    WILMER CUTLER PICKERING HALE
       AND DORR LLP
    1801 Pennsylvania Avenue NW
    Washington, DC 20006
    Tel: 202-663-6365
    Nina.Tallon@wilmerhale.com

    Joseph F. Haag
    (*admission pro hac vice*)
    WILMER CUTLER PICKERING HALE
       AND DORR LLP
    950 Page Mill Road
    Palo Alto, CA 94304
    Tel: 650-858-6032
    Joseph.Haag@wilmerhale.com

    *ATTORNEYS FOR DEFENDANTS*
    *THE BOEING COMPANY AND INSITU, INC.*

- 3 -

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 18th day of April, 2012, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the following:

Anthony W. Shaw; shaw.anthony@arentfox.com
Craig S. King; king.craig@arentfox.com
Kevin R. Pinkney; pinkney.kevin@arentfox.com
Richard J. Webber; webber.richard@arentfox.com
Taniel E. Anderson; anderson.taniel@arentfox.com

ARENT AND FOX
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
202-857-6320
Fax: 202-857-6395
Lindsay S.C. Brinton; Email: brinton.lindsay@arentfox.com
ARENT FOX LLP
112 South Hanley Road, Suite 200
Clayton, MO 63105-3418
314-721-0219
Fax: 202-357-6395                                /s/ B. Scott Eidson