UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADAVNCED AEROSPACE TECHNOLOGIES, INC., ) ) ) Plaintiff, ) ) v. ) ) THE BOEING COMPANY and ) INSITU, INC., ) ) Defendants. ) | Case No. 4:12CV226 RWS |

## ORDER

**IT IS HEREBY ORDERED** that Defendants' motion to stay this matter will be heard at the Rule 16 conference set in the matter on April 26, 2012 at 11:00 a.m. The hearing and Rule 16 conference will be held on the record in Courtroom 10 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2012.