UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADVANCED AEROSPACE TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> and <br><br> INSITU, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 4:12-cv-226-RWS |

## DECLARATION OF LINDSAY S.C. BRINTON

I, Lindsay S.C. Brinton, declare as follows:

1. I am an associate at Arent Fox LLP. I represent AATI in this matter.

2. I am admitted to this Court.

3. I make this declaration in support of AATI's Opposition to Defendants' Motion to Stay this proceeding pending the final disposition of *Advanced Aerospace Technologies, Inc. v. United States*, No. 1:12-cv-00085-SGB (Ct. Fed. Claims) (the "CFC Action").

4. Attached hereto as Exhibit A is a true and correct copy of Boeing's May 27, 2009 press release downloaded from boeing.mediaroom.com/index.php?s=43&item=679 on April 25, 2012.

5. Attached hereto as Exhibit B is a true and correct copy of Table C-5 to the 2011 Federal Judicial Caseload Statistics downloaded from www.uscourts.gov/Viewer.aspx?doc=/uscourts/Statistics/FederalJudicialCaseloadStatistics/2011/tables/C05Mar11.pdf on April 24, 2012.

6. Attached hereto as Exhibit C is a true and correct copy of Insitu's ScanEagle Backgrounder downloaded April 24, 2012 from www.boeing.com/bds/mediakit/2010/

afa/pdf/scaneagle_backgrounder.pdf.

7. Attached hereto as Exhibit D is a true and correct copy of Insitu's press release regarding the University of Alaska's research use of UAVs downloaded on April 23, 2012.

8. Attached hereto as Exhibit E is a true and correct copy of Boeing's contract with Navy Air Systems Command downloaded from http://foia.navair.navy.gov on October 5, 2011.

9. Attached hereto as Exhibit F is a true and correct copy of the Statement of Work for Defendants' contract with Navy Air Systems Command downloaded from http://foia.navair.navy.gov on October 5, 2011.

10. Attached hereto as Exhibit G is a true and correct copy of an article published in the DefenseNews newspaper on November 21, 2011 quoting Insitu President and CEO Steve Morrow.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2012.

*Lindsay S.C. Brinton* (signature)
Lindsay S.C. Brinton

2