# Exhibit D

Case: 4:12-cv-00226-RWS   Doc. #:  41-5   Filed: 04/25/12   Page: 2 of 3 PageID #: 755



See more news releases in: Computer Electronics, Aerospace & Defense, Licensing

## Insitu Signs Agreement With University of Alaska Fairbanks for Joint Flight Operations

  

    BINGEN, Wash., Aug. 7 /PRNewswire/ -- University of Alaska Fairbanks
(UAF) and Insitu (Bingen, WA) have signed a Memorandum of Understanding
(MOU) to work together on civilian flight operations demonstration and
research. As part of the MOU, Insitu and UAF have established an
operational system based upon Insitu's A-20 Unmanned Aerial Vehicle (UAV)
at UAF's Poker Flat Research Range north of Fairbanks, Alaska. Insitu and
UAF are planning flight demonstrations sometime this year. Together they
will work cooperatively to display the usefulness of UAVs in Alaska
airspace through multiple applications such as wild fire monitoring, mammal
and animal tracking, and pipeline patrolling.
    Both organizations strongly feel there is untapped potential for UAVs
in civilian and commercial applications. UAF and operations at the Poker
Flat Research Range provide an opportunity to test and experiment with the
integration of unmanned technology into non-military applications. "Alaska
is an ideal location for UAV operations due to the many civilian missions
that can benefit from unmanned systems," states Greg Walker, manager of the
Poker Flat Research Range. "Insitu's platform gives UAF the operational
capability to meet civilian UAV requirements, and is also a good testbed as
we consider approaches for airspace integration."
    Insitu is involved with other projects in the commercial and civilian
marketplace. Insitu developed and produces the GeoRanger UAV for Fugro
Airborne Surveys, a corporation that collects and interprets geophysical
data. Furthermore, Insitu recently partnered with Evergreen Aviation
(McMinnville, OR) and participated in a flight demonstration for NASA and
the US Forestry Service (USFS). This demo successfully exhibited the
importance of UAVs assisting in fire-fighting and fire-monitoring
situations.
    About Insitu
    Insitu, located in Bingen, Washington, develops Unmanned Aerial Systems
(UAS) for commercial and military applications. Insitu, which introduced
the first Unmanned Aerial Vehicle to cross the Atlantic Ocean, partnered
with The Boeing Company to develop ScanEagle and Fugro Airborne Surveys to
develop GeoRanger. For more information about the company, see
www.insitu.com .
    Contact Insitu:     Chesua Patte
                        Insitu Media Relations
                        509-493-6341
                        chesua.patte@insitu.com

    Contact the         Amy Hartley / Hal Needham
    Geophysical         Information Officers
    Institute:          907-474-7942
                        hal@gi.alaska.edu

    Contact Poker       Greg Walker
    Flat Research       Manager
    Range:              907-455-2110

SOURCE Insitu

Back to top

  

Next in Computer Electronics News

**Featured Video**



Library of Congress and Ad Council Team Up with Reading is Fundamental to Launch Public Service Advertising Campaign to Encourage Parents to Read to their Children

Print    Email    RSS

Share it ↓

Blog it ↓

Blog Search ↓

**More in These Categories**

**Computer Electronics**

VSCHOOLZ, Inc. announces partnership with award-winning language learning solution company TELL ME MORE.

Satellite M2M: The Satellite M2M Market 2012-2016

McLane Team Awarded Contract by U.S. Army

**Licensing**

**Most Read**

**Most Emailed**

**Journalists and Bloggers**



Visit **PR Newswire for Journalists** for releases, photos, ProfNet experts, and customized feeds just for Media.

View and download archived video content distributed by MultiVu on **The Digital Center**.

### Custom Packages

Browse our custom packages or build your own to meet your unique communications needs.

### PR Newswire Membership

Fill out a PR Newswire membership form or contact us at (888) 776-0942.

### Learn about PR Newswire services

Request more information about PR Newswire products and

| | | | |
|---|---|---|---|
| Start today. | | services or call us at (888) 776-0942. | |
| | | Send a release | **Search**  **Free Investing** Advanced Search |
| | | Member sign in | **Newsletters from Investor** |
| | | Become a member | ○ PR Newswire ○ IU Uprising |
| | | For journalists | |
| | | For bloggers | |
| | | Global sites | |
| | | | Learn to navigate the world's financial system and profit from leading companies. |
| Products & Services | Knowledge Center | Browse News Releases | Contact PR Newswire |

Register for **Investor Uprising**, the people's investment site, for a free weekly newsletter, information, education and premium research including our latest IU Confidential Report - "**All That Glitters: The Ultimate Gold Report**".

About PR Newswire | Contact PR Newswire | PR Newswire's Terms of Use Apply | Careers | Privacy | Site Map | RSS Feeds | Blog |
Copyright © 2012 PR Newswire Association LLC. All Rights Reserved.
A UBM plc | company.
Dynamic Site Platform | powered by Limelight Networks.