# Exhibit F

DEPARTMENT OF THE NAVY
NAVAL AIR SYSTEMS COMMAND


STATEMENT OF WORK
FOR
UNMANNED AIRCRAFT SYSTEM (UAS)
INTELLIGENCE, SURVEILLANCE, AND RECONNAISSANCE SERVICES, SYSTEM
SUSTAINMENT AND ENGINEERING SUPPORT

1

*Attachment (1)*

# TABLE OF CONTENTS

1.0 Scope .................................................................................................................................. 3
   1.1 Background ..................................................................................................................... 3
2.0 Applicable Documents ........................................................................................................ 3
3.0 Requirements ...................................................................................................................... 4
   3.1 Operational Requirements .............................................................................................. 4
   3.1.1 Operational Availability ............................................................................................... 5      [Deleted: 4]
   3.1.2 Mission Reliability (MR) ............................................................................................. 5
   3.1.3 Unmanned Air Vehicle (UAV) Operational Capabilities ............................................ 5
   3.1.4 Ground Control Station ................................................................................................ 7
   3.1.5 Launch and Recovery System ...................................................................................... 7
   3.1.6 Data Storage and Dissemination .................................................................................. 7
   3.2 Sustainment Requirements .............................................................................................. 8      [Deleted: 7]
   3.2.2 Maintenance ................................................................................................................. 8
   3.2.3 Training ........................................................................................................................ 9      [Deleted: 8]
   3.2.4 Packaging, Handling, Storage and Transportation ...................................................... 9      [Deleted: 8]
   3.2.4.1 Transportation and Transportability ......................................................................... 8
   3.3  Engineering/Technical Support ..................................................................................... 9
   3.3.1 Flight Clearance and Ship Certification ...................................................................... 9
   3.3.2 Flight Test .................................................................................................................... 9
   3.4 Manpower and Personnel ............................................................................................. 10
   3.5  Technical and Administrative Data Requirements ...................................................... 11
4.0 Government Responsibilities ............................................................................................ 13      [Deleted: 12]

## 1.0 Scope

This Statement of Work (SOW) details the Navy's requirements for world-wide, 24 hour per day, seven days per week (24/7), unmanned aircraft system (UAS) intelligence gathering, target surveillance, and reconnaissance (ISR) services. The Contractor shall provide qualified personnel to perform all operational, engineering, and sustainment efforts necessary to effectively execute pre-deployment, deployment, and post-deployment activities. The Contractor shall provide a UAS that provides persistent ISR capability utilizing electro optical (EO) and infrared (IR) imagery to designated at-sea Fleet ships and shore installations in support of the Government's various missions. All equipment required to perform these services, other than that listed in Appendix A as Government Furnished Equipment (GFE), shall be furnished by the Contractor.

## 1.1 Background

Currently, manned aircraft provide the majority of ISR to the Fleet and the U.S. Navy Central Command. Existing manned aviation assets alone can no longer provide the requisite level of ISR for ships and shore-based personnel and assets in harm's way. The Navy also does not have sufficient manned or unmanned assets, or personnel, to meet the immediate need for persistent UAS ISR. As a result, the Navy has a requirement for mission-critical UAS ISR services to support contingency deployments in direct support of Operation Iraqi Freedom (OIF), Operation Enduring Freedom (OEF) and the Global War on Terrorism (GWOT).

## 2.0 Applicable Documents

The following documents are provided as guidance in performing the tasks delineated herein..

| | |
|---|---|
| MIL-STD-810 | Environmental Engineering Considerations and Laboratory Tests |
| MIL-STD-462 | Measurement of EMI Characteristics |
| MIL-STD-464 | Electromagnetic Environmental Effects Requirements for Systems |
| MIL-STD-461 | Requirement for the Control of Electromagnetic Interference Characteristics of Subsystems and Equipment |
| ITU-R Recommendation M.1371-1 | Technical Characteristics for a Universal Automatic Identification System (AIS) Using Time Division Multiplex Access in the Maritime Mobile Band, August 2001. |
| ISO/IEC-14496 | Information Technology - Coding of Audio-Visual Objects (MPEG-4) |
| DoD Directive 5500.7-R | DoD Joint Ethics Regulations |
| DoDI 8510.bb | Department of Defense Information Assurance Certification and Accreditation Process (DIACAP) Instruction |
| DIACAP | Interim DoD IA Certification & Accreditation Process Guidance |
| DoD 3020.41 | Contractor Personnel Authorized to Accompany the U.S. Armed Forces |
| NAVAIRINST 13034.2 | Flight Clearance for Unmanned Aviation Systems |
| NAVAIRINST3120.1C | Lead Systems command Procedures and Responsibilities for Certification of Aviation Facilities and Equipment in Navy Ship's Operating aircraft |

3

## 3.0 Requirements

### 3.1 Operational Requirements

The Contractor shall perform all efforts and provide all personnel necessary to conduct persistent UAS ISR flight operations 24 hours a day, seven (7) days a week (24/7). The UAS must be capable of mission planning, aircraft sensor command and control, video downlink imagery receipt, imagery dissemination to the ship's/bases command and control spaces (e.g., CIC, Bridge, COC, TOC), provide 360 degree aircraft to ship/base communications coverage, 360 degree aircraft operation from ship/base, and air vehicle launch and recovery.

The Contractor shall be able to man, equip, support and maintain seven (7) operational worldwide sites at any given time. The contractor will be able to provide an UAV ISR System to the Government for requisite shipboard/site modifications within 90 days of task order award.

The Contractor shall be able to provide the services called for herein 24/7. However, under normal deployment conditions, the Government estimates a 12 hour workday, an average flying window of 10 hours per day, and an estimated 300 flying hours per month. Workdays begin with a mission briefing and usually conclude with a system tear down and storage. The Contractor shall coordinate with the military liaison officer (LNO) to schedule flight operations generally a day in advance to ensure airspace deconfliction and that launch and recovery operations do not interfere with manned aviation operations. The Contractor shall be capable of responding to all urgent requests for surge services beyond the standard 12 hour work day. The Contractor must be ready for UAS launch within 45 minutes of receipt of LNO-delivered request for a non scheduled mission. In the event the UAS is set-up in an active standby or alert status, launch time shall be less than 30 minutes.

Contractor personnel shall be responsible for UAS set-up/tear down and functional checkout at the operational site. Contractor personnel shall operate and maintain the system to ensure maximum availability during the operational period. The Contractor shall also provide certified operational personnel to perform aircraft operation functions, including mission coordination, planning and control; managing UAS airborne operations; controlling / managing sensor operations, and airspace coordination.

The Government anticipates that to meet the aforementioned operational requirements, a UAS may consist of the following components 1) electro-optical/infrared sensing unmanned air vehicle(s), 2) ground control station, 3) communications equipment, 4) remote video downlink systems/monitors, and 5) launch/recovery system(s). The quantity and configuration of equipment required to support either a ship or shore-based mission is at the Contractor's discretion. Deployment sites will be identified with the issuance of each task order.

The Contractor shall be responsible for the provision of electrical power for all land-based UAS operations.

4

### 3.1.1 Operational Availability

The Contractor shall maintain the deployed system with a minimum 95% Operational Availability ($A_o$). Ao is defined as the probability that a randomly selected aircraft, with proper payload, preparation and mission loaded, will be capable of being launched for mission performance. Ao will be calculated monthly and based on the entire UAS performance using the following relationship:

Ao = Uptime / (Uptime + Downtime)

Where:

Uptime = OT (Hrs) + ST (Hrs)
Downtime = TPM (Hrs) + TCM (Hrs)

OT – Operating Time
ST – Standby Time
TPM – Total Preventative Maintenance
TCM – Total Corrective Maintenance

### 3.1.2 Mission Reliability (MR)

A Mission Reliability Rate (MRR) of 95% is required. The MR is intended to identify the percent of total missions successfully completed. The formula for computing the MRR is:

MRR = Number of Missions Completed / Number of Missions Scheduled

A mission is deemed to be successful when the UAS completes its assigned mission, provides the tasked ISR data, and makes a landing.

A mission cancelled by the Government is not considered a mission scheduled.

The Contractor may recommend cancellation (ex. Unfavorable conditions such as rain, high sea state, fog, deck motion, etc.) of a mission, however, final authority to cancel a mission rests solely with the Government.

Inclusion of any unsuccessful mission in the MRR calculation is at the Government's discretion.

### 3.1.3 Unmanned Air Vehicle (UAV) Operational Capabilities

The Contractor shall provide and operate a UAV capable of autonomous flight from shipboard or ground based launch to ship or ground based recovery, dynamic in-flight re-tasking. The UAV must have an effective operational radius of at least 50 km and up to 100 km with increased altitude sufficient to maintain line of sight (LOS) communications.

The Contractor shall provide and operate a UAV capable of transmitting sensor imagery and data to the ground control station with an effective operational radius of at least 50 km. It is

5

understood that the aircraft's video transmission range increases proportionally to aircraft altitude and continuous LOS communications.

Each UAV shall have a minimum of 12 hours of flight time endurance. The UAV shall be capable of providing stabilized focus on a designated set of coordinates, an object, or target for persistent surveillance while compensating for aircraft motion, climatic turbulence, and fuselage/engine vibration. The UAV shall be capable of tracking a moving target of interest for extended periods of time with low operator workload. "Low operator workload" is defined as that period of time when the aircraft operator can accomplish sensor management without degradation of flight operations. The aircraft shall use military approved communication frequencies for all command and control and data link transmissions. The UAV shall have integrated Mode-C Identification, Friend or Foe (IFF) and anti-collision lights that meet the requirements of the Federal Aviation Regulations Part 103, Sec. 103.11. The operator shall have the ability to activate and de-activate the IFF and anti-collision lights from the ground control station while the air vehicle is on the ground or in flight.

### 3.1.3.1 Payload Operational Capabilities

The Contractor shall provide and operate a UAV capable of supporting EO and IR sensor payloads. The sensors must be interchangeable in one payload bay, or the UAV must have dual payload capability. Each payload shall have continuous zoom capability for both day and night operations.

The Contractor shall provide an EO payload that produces image quality in all daylight conditions, to include diurnal periods, with enough clarity to determine if an individual is carrying a rifle or a shovel at 1500 feet AGL and up to 45 degree slant angle (slant range 2121 ft). The Contractor shall provide an IR payload that produces image quality with enough clarity to identify the class of ground vehicle or vessel type at 1500 feet AGL and up to 45 degree slant angle (slant range 2121 ft). All imagery shall be provided from an altitude that prohibits human visual and audio aircraft detection.

### 3.1.3.2 AIS Operational Capabilities (OBJECTIVE REQUIREMENT ONLY)

It is the Government's desire that the proposed UAS contain an Automated Information System (AIS) integrated with imagery sensors/products to provide cueing for aircraft vectoring and situational awareness. The objective AIS application should be in compliance with ITU-R Recommendation M.1371-1 for dissemination to the ship command and control spaces.

### 3.1.3.3 Operational Coordination Requirements

Prior to each flight, the Mission Commander/aircraft operator shall coordinate the planned mission with the military LNO. The LNO will coordinate all UAS missions with either the ship Tactical Air Coordination Center (TACC), Tactical Air Coordination Squadron representative, or the ships Operations Officer and provide the Mission Commander/aircraft operator with the airspace management limits within which the aircraft is permitted to operate. Prior to each flight, the Mission Commander/aircraft operator shall establish automated aircraft response missions for

loss of communications and loss of Global Positioning System (navigation). The LNO shall coordinate flight operating procedures/parameters deemed necessary for the safety of the ship/base, safety of personnel, the safe operation of the aircraft, and any 'see and avoid' actions with manned aircraft that may be necessary when operating in close proximity to the manned aircraft . The loss of communications mission/procedures shall include a mission plan for an autonomous landing at a designated safe location or ditching at sea, in the event communications are not re-established.

### 3.1.4 Ground Control Station

The Contractor shall provide and operate a ground control station (GCS) capable of controlling the number and type of aircraft necessary to satisfy the operational requirements. The Contractor, via the GCS, shall be able to re-task the in-flight UAV and sensor control systems as necessary to effectively respond to higher priority imagery requests and maintain persistent surveillance. The Contractor shall interface, via the GCS, imagery data to the ship's network or directly to the ship's command and control spaces.

### 3.1.5 Launch and Recovery System

The Contractor shall provide and operate a launch and recovery system that enables the UAV to be launched and recovered from the main deck space of a ship. For ground based operations the air vehicle shall be capable of being launched and recovered without the use of a runway within an area no larger than 100x100 meters.

The recovery system shall provide for the safe and reliable autonomous UAV recovery within the specified recovery envelope established by the Contractor and Government. The aircraft shall be capable of autonomous recovery with minimal damage to the airframe. In the event of a loss of an air vehicle, the Government, at the discretion of the commanding officer, may take actions to assist in the recovery of the air vehicle. If operational conditions do not permit the recovery of the air vehicle, the location will be noted and reported in accordance with the operational theater's standard operating procedure.

### 3.1.6 Data Storage and Dissemination

The Contractor shall provide all aircraft down-linked sensor data, along with any attached meta-data, as an MPEG-4 mission file. The contractor shall store all video and data recordings from each mission within the GCS for one week after mission completion. At such time as the contractor transfers the data from the GCS, the Government shall assume storage responsibilty. All imagery recordings shall be deemed U.S. Government property and shall not be used and/or released without the express written consent of the PCO.

The Contractor's video meta-data shall be in compliance with ISO/IEC 14496. The mission data files shall comply with all U.S. Naval security requirements permitting direct input of the mission files into the shipboard ForceNet for dissemination.

The automated aircraft response missions/procedures/parameters shall be stored in non-volatile aircraft memory.

### 3.1.7 Remote Video Downlink System
The Contractor shall provide a complete remote video downlink system, to include terminal, monitor and antenna(s), capable of receiving and displaying real-time imagery and data from in-flight UAV at ranges not to exceed seven (7) miles. The system shall be ruggedized, single-man portable/backpackable, and not exceed 50 pounds.

### 3.2 Sustainment Requirements
The Contractor shall provide all personnel and equipment necessary to support, maintain, operate, repair, and spare the complete UAS. The Contractor shall also provide a telephonic means, coordinated with the Government military LNO and the Communications Officer, for coordinating all UAS sustainment activities with corporate CONUS-based facilities.

### 3.2.1   Sparing
The Contractor shall be responsible for maintaining sufficient spares (i.e. full spares provisioning stored on-board prior to deployment, just-in-time spare delivery, etc.) to ensure that ISR operations will not be interrupted due to a lack of system spare components. The Contractor will not be penalized for spare unavailabilitiy caused by a Government OCONUS shipping/delivery delay. The Government estimates a standard seven-month deployment period. Exact deployment periods will be established via each task order.

The Government shall provide space availability information at task order award.

### 3.2.2 Maintenance
The Contractor shall perform all maintenance necessary to ensure operational readiness and availability of the UAS to meet the daily flight schedules. The Contractor shall provide safe, flyable aircraft configured to meet the mission identified in the daily flight schedule. All aircraft assigned/issued by the Contractor shall have enough flight hours available to perform the assigned mission before reaching any scheduled maintenance requirement. If the daily operational mission requirements are not being completed due to a lack of a mission capable aircraft, the Contractor shall submit to the COR within two days, a message explaining the problem, circumstances along with a corrective plan of action. Monthly reports shall provide status of all actions taken to correct operational shortcomings. **(CDRL A003)**

The Contractor shall provide qualified maintenance personnel who will perform scheduled and unscheduled maintenance on the UAS during deployment. The Government will identify maintenance space at task order award. The deployed Contractor personnel will perform all maintenance, maintenance management, maintenance data collection, and system maintenance documentation.

Certified maintenance personnel shall be capable of aircraft servicing and repair, launcher operations and maintenance, recovery system operations and maintenance, and communications and computer operations and maintenance.

Government-scheduled maintenance periods will follow, and precede, if required, all operational periods (actual in-flight time) in order for the Contractor to perform and complete any maintenance required to effectively provide the persistent UAS ISR service and make the UAS fully mission-capable. The Government will ensure availability of adequate maintenance space to complete these tasks.

### 3.2.3 Training

The Contractor shall provide familiarization training/briefings, explaining the processes, procedures and the functionality of the UAS equipment that the Contractor utilizes to conduct operations. The familiarization training or briefing shall be provided to Government personnel as coordinated by the LNO and as permitted by the operational situation.

The Government may require a pre-deployment work-up period that would include 7 to 10 days of pre-deployment flight operations to be used as a "training/functional shakedown period." This period will allow the contractor operators to become familiar with airspace control procedures and fully understand the tactics, techniques, and procedures desired by the Government.

### 3.2.4 Packaging, Handling, Storage and Transportation

The Contractor shall package and ship all UAS equipment to a designated CONUS location for initial storage prior installation aboard a designated ship. In the event of ground based operations the contractor may utilize the government transportation system for the initial deployment of the system. The contractor shall package and ship all UAS equipment to a CONUS point of embarkation. The Contractor shall retain title to all Contractor Furnished Equipment (CFE).

The Contractor shall notify and obtain approval from the Government prior to shipping UAS items (CONUS to OCONUS and/or OCONUS to CONUS) using commercial sources. If prior approval is not received, the Contractor shall be responsible for all expenses attributable to the shipment (e.g. items storage, packaging, materiel handling and transportation).

#### 3.2.4.1 Transportation and Transportability

The contractors system, to include any unique launch and recovery equipment, shall be contained with three (3) ISO 8ft X 8ft X 20ft containers. The total weight of each container shall not exceed 14,800 pounds. The system shall be land transportable by not more than three 7.5 ton vehicles, and air transportable via three C-130 aircraft, two C-141 aircraft, one C-5 or C-17 aircraft, and externally lifted by CH-53E, CH-46, CH-47 and V-22 aircraft.

### 3.3 Engineering/Technical Support Requirements

#### 3.3.1 Flight Clearance and Ship Certification

The Contractor shall provide all efforts and personnel necessary to enable the Government to issue Naval Aviation Interim Flight Clearances and Aviation Facilities Deck Certification. The Contractor must possess said clearances prior to deployment, and therefore allow sufficient time

for the issuance. NAVAIR estimates approximately six weeks to issue all required clearances/certifications per NAVAIRINST 13034.2 and NAVAIRINST3120.1C. The contract shall support all necessary flight clearance/ship re-certification activities resulting from any Contractor hardware/software configuration changes made during deployment. Failure on the part of the Contractor to support operational flight clearance/re-certification of the system re-design may result in the Contractor's termination.

The contractor shall provide the Government engineering support, technical data, and studies for, (1) obtaining a flight clearance for the UAS, (2) ship installation of the UAS, (3) ship flight deck certification, (4) pre deployment ship suitability certification, and (5) post deployment UAS de-installation. Contractor engineers are expected to attend, either in person or by telephone conference, all Government meetings addressing the preceding requirements.

### 3.3.2 Flight Test
The Contractor shall provide personnel necessary to conduct at-sea flight trials in support of the Government ship suitability certification process as coordinated with the Government representative.

### 3.4 Manpower and Personnel
The Contractor shall provide a CONUS-based single point of contact with the authority to act on behalf of the Contractor on all operational and administrative matters as they relate to this contract.

The Contractor shall provide a single point of contact for each deployed UAS who will be responsible for at sea/shipboard/land based support and management of this effort. This individual will coordinate with and take operational and administrative direction from the Contracting Officer Representative (COR) and Military Liaison Officer for fulfillment of contractual requirements. This individual must speak, write, read, and understand the English language and possess a Secret-level security clearance.

In addition to the "single point of contact", the Contractor shall provide not more than 12 professional and technically qualified personnel per task order, to perform the operational, maintenance, and support tasks outlined herein. Not later than 45 days after contract award, the Contractor shall provide the designated Contracting Officer's Representative (COR) evidence that its personnel possess the required qualifications stipulated in this SOW. The Contractor shall not employ any individual for the performance of this contract that may violate DoD Joint Ethics Regulations, DoD Directive 5500.7, or create a conflict of interest or the appearance of a conflict of interest. Contractor personnel must meet requirements stated in DoD Instruction 3020.41, dated October 3, 2005; Contractor Personnel Authorized to Accompany the U.S. Armed Forces. Contractor personnel must have passed a physical examination within six (6) months of a ship deployment and be able to read, write, and understand the English language. If at any time during the performance of this contract, the Government determines that the Contractor is using personnel not meeting the qualifications and experience as set forth in this

10

SOW, the DoDI 3020.41 and this contract, the Contractor shall have the burden of proof to show that its personnel possess the required qualifications and experience.

While aboard any military/Government installations or conveyance, Contractor personnel shall abide by any direction given by Military Police/Shore Patrol, Officer's of the Deck or other security personnel acting in accordance with their assigned duties. The removal of a contractor employee from a military installation/conveyance shall not relieve the Contractor of the requirement to continue performance of this contract.

The Contractor personnel shall adhere to all applicable Government safety and environmental regulations. In addition Contractor personnel shall observe and comply with all rules and regulations applicable to the safe operation of vehicles, personnel and equipment safety, and shall not enter locations/offices/spaces not required for proper performance of this contract.

Contractor personnel shall take operational direction from the military LNO and the Operations Officer of the ship/installation.

Contractor personnel operating aboard ships of the Fleets and or ashore shall possess a Secret security clearance prior to deployment.

Notwithstanding any other provision of this contract, the Contractor is not required to arm its personnel, but may withdraw their personnel if:
1. Combatant commander gives an order to arm; or
2. A decision to evacuate essential personnel has been made by the ship/installation Commanding Officer (CO) and the evacuation order conveyed to the Military LNO and Contractor's Site Lead. The Site Lead shall notify his corporate office of the CO's decision. The Military LNO and Site Lead will attempt to select an evacuation site that could provide continued operational ISR support. If contractor is unable to provide the support required from the point of relocation, the contractor must accept a termination of the task order for the convenience of the Government.

### 3.5 Technical and Administrative Data Requirements

**CDRL A001, Technical Data Package**

The Contractor shall supply necessary engineering data and technical clarifications required by the Government to obtain a Naval Aviation Interim Flight Clearance and Aviation Facilities Deck Clearance for the complete system to include the aircraft, GCS, and launch and recovery systems.

The Contractor shall supply the Government with necessary engineering data and technical clarifications required to obtain approval to install a UAS aboard ship, to include the aircraft shipboard recovery system.

11

The contractor shall supply necessary engineering data and technical clarifications required by the Government to obtain Ship Suitability Certification for the complete system.

**CDRL A002, Material Safety Data Sheet - Hazardous Material**

The Contractor shall identify all hazardous material and notify the Government of any special handling or disposition requirements for these materials. The contractor shall provide a "Materiel Safety Data Sheet" for each identified hazardous item. The Contractor shall comply with the guidance of NAVSUP Pub 573, Storage and Handling of Hazardous Material.

**CDRL A003, Maintenance Data Collection**

The contractor shall provide maintenance data collection information. If the Contractor elects, they may make the maintenance data collected available on-line

**CDRL A004, Operations Readiness Manual**

The Contractor shall develop an Operations Readiness Manual (ORM) that will delineate under what circumstances the flight operations are acceptable. The ORM shall also define Urgent and Surge Operations and recommended crew rest/recovery requirements. The ORM shall be available prior to each deployment.

The Contractor shall, in conjunction with the Government, provide a System Safety Program Plan and a System Safety Hazard Analysis (SSHA) as appendices to this manual.

**CDRL A005, Interface Control Document**

The Contractor shall provide the necessary engineering and technical clarifications as required to support the Government installation of the complete UAS system onto the ship. The Contractor shall produce an Interface Control Document to establish the requirements for the system integration into the ship. The Contractor shall provide an estimation of the space required for maintenance and the foot-print of the maintenance equipment required for operational deployment.

**CDRL A006, Information Assurance Certification Report**

The Contractor shall assist the Government in order to obtain the DoD Information Assurance Certification and Accreditation Process (DIACAP), the Contractor shall provide the Government's data request for the DIACAP Package (Formerly DITSCAP) no later than 45 days after contract award.

**CDRL A007, Program Progress Report**

12

The Contractor shall provide a monthly report to the Government detailing operational requirements, accomplishments, and lessons learned.

## 4.0 Government Responsibilities

The Government will transport Contractor's personnel and equipment from a designated CONUS US military facility to overseas location. Upon completion of the Contractor services the Government will provide transport for contractor personnel and contractor furnished equipment from overseas location to a designated CONUS location. Movement of rotational replacement personnel can be made by commercial means through TBD [country] when Government transportation is not readily available.

The Government will provide all applicable instructions, regulations, and excerpts as guidance.

The Government will assist the contractor with acquiring personnel passes, identification cards, and vehicle permits needed in the performance of this contract.

The Government will provide the Contractor with deployment in-processing briefings to ensure contractors understanding the local and operational environment.

The Government will provide deployed contractor personnel transportation within the operating area to assist in the initial setup and relocation of the UAS as required.

The Government will provide deployed Contractor personnel access to and use of the same postal services, laundry, messing, religious, recreational facilities, and lodging utilized by Government personnel. Lodging facilities will consist of same or similar standards provided to Junior Officer military personnel. The Government will provide access to both routine and emergency medical, vision, and dental care.

The Government will provide GS-12 equivalent housing for Contractor personnel during pre-deployment activities and during deployment.

The Government will provide force protection and security services during Contractor's performance of this contract, including to and from the contractor's initial and subsequent, if any, operating locations and to the final point of overseas departure. The Government shall not be held liable for capture, injury, or loss of life of any Contractor employee as delineated in DoD 3020.41, Contractor Personnel Authorized to Accompany the U.S Armed Forces.

Government will provide the Contractor with GFE and vehicles as listed in Appendix (A). The Government will provide means of transporting video from the UAS to a Government facility.

Government will provide an officer (military liaison officer – LNO) who can affect airspace coordination and Command and Control integration. During mission execution, the LNO will be

13

responsible for safety of flight issues and will have the authority to direct flight operations as the situation warrants.

The Government will provide imagery analysis.

The Government will provide aircraft fuel, either JP-5 or unleaded Motor Gasoline (MOGAS a minimum acceptable octane is 87 and 95 maximum.

The Government will provide tactical and aeronautical maps/charts and Digital Terrain Elevation Data (DTED) data as required/ available prior to deployment.

The Government will provide adequate spares for GFE items.

The Government will provide data connection to CONUS to meet data communications (as practical) requirement of the Contractor. This will be provided based on the availability and capability of the Government system.

The Government will provide tactical radios and wire line handsets as required to integrate the UAS GCS into the ship's command space.

The Government will provide flight deck personnel protective safety equipment required to operate aboard the ship.

Government will provide pre-deployment training. The training will last two (2) days. The facility, date and time of the training will be coordinated between Government representative and contractor.

Government will reimburse the contractor shipping charges for items shipped (CONUS to OCONUS or OCONUS to CONUS) using commercial sources if prior approval of the shipment was provided by the Government in accordance with paragraph 3.2.4 of this SOW.

Government will supply the contractor with a listing of technical data required to obtain a Flight Certification for the UAS system. Additional analyses, ground or flight tests required to obtain a Flight Clearance will be coordinated between Government representative and contractor.

Government will supply the Contractor with a listing of data required to obtain a Ship Suitability Certification for the installed UAS system. Additional analyses, ground or flight tests required to obtain a Ship Suitability Clearance will be coordinated between Government representative and contractor.

Government will supply the Contractor with a listing of data required to obtain approval to install UAS equipment aboard ship, to include the UAS shipboard recovery system. Additional analyses, ground or shipboard tests required to obtain approval to install squadron equipment aboard ship will be coordinated between Government representative and contractor.
Government will supply necessary expertise to, and perform the installation of, the UAS squadron equipment onto the ship.

14

The Government will provide electrical power for sustained UAS operations as specified in the UAS Ships Interface Control Document.

15

Case: 4:12-cv-00226-RWS   Doc. #: 41-7   Filed: 04/25/12   Page: 16 of 17 PageID #: 815

21 September 2007
N00019-08-D-0013

APPENDIX A, GOVERNMENT FURNISHED EQUIPMENT (GFE) / INFORMATION (GFI)

The Government shall provide the contractor the following items of equipment or information in execution of this Services contract. The Government shall provide all spare parts to repair any GFE item. The contractor is expected to provide normal scheduled maintenance for GFE items.

1. The Government shall provide the following materiel's and services to the contractor;
   a. Night vision equipment as required for night operations
   b. Chains/deck tie-down for launch and recovery components
   c. Deck handling equipment
   d. Flight support equipment (i.e. organic yellow gear/ standard aircraft handling equipment)
   e. Flight deck safety equipment (cranials, flotation jackets, goggles)
   f. Shipboard 110/220 VAC power
   g. Either 87 to 95 octane motor gasoline, or JP-5 engine fuel
   h. Storage and maintenance space aboard ship (may only be deck space)
   i. Fire extinguisher bottles
   j. Communications equipment, radios and wire hand sets
   k. DTED, charts and maps
   l. GFE spares

The Contractor shall return all non-consumable GFE within 30 days of expiration of contract, assuming assets are returned from theater of operations in a timely manner. The equipment will be returned to the same location as originally issued unless authorized by the Government Contracting Officer. All GFE be returned in reasonable serviceable condition based on the environment and the length of use in the theater of operations.

2. Any additional documentation and/or data required for successful contractor performance of a specific task order shall be provided by the Government at task order award or within 30 day of contractor request. Such information may consist of, but not be limited to, ship signature data, shock and vibration information, electromagnetic interface data.

16