UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE RODNEY W. SIPPEL
COURTROOM PROCEEDING 10 SOUTH
COURTROOM MINUTE SHEET CIVIL


CASE NO.   4:12CV226 RWS

STYLE:   Advanced Aerospace Technologies, Inc. v. Boeing

DATE:   4/26/12

Court Reporter:  Shannon White

Deputy Clerk:  Andrea Luisetti

Attorneys for Plaintiffs:    Anthony Shaw, Craig King, Lindsay Brinton

Attorneys for Defendants:    John H. Quinn, III, Nina Tallon, Sean Thompson

(X) Parties present for hearing on:

Motion to Stay [32]; Arguments heard; Order to follow.


Proceeding Commenced:  11:05 a.m.
Proceeding Concluded:  11:40 a.m.