UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADAVNCED AEROSPACE TECHNOLOGIES, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 4:12CV226 RWS ) |
| THE BOEING COMPANY and INSITU, INC., | ) ) ) |
| Defendants. | ) |

## ORDER

On April 26, 2012, a hearing was held of Defendants' motion to stay this matter. As stated at the hearing:

**IT IS HEREBY ORDERED** that Defendants' shall file a reply to their motion to stay no later than **May 7, 2012**.

**IT IS FURTHER ORDERED that** the parties shall each file a brief, no later than **May 7, 2012**, stating the effect a granting or a denial of the motion to stay would have on the issues in this matter and in the companion case pending in the United States Court of Federal Claims.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2012.