## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ADVANCED AEROSPACE TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> and <br><br> INSITU, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 4:12-cv-226-RWS |

### AATI'S UNOPPOSED MOTION TO SUPPLEMENT THE COMPLAINT

Plaintiff Advanced Aerospace Technologies, Inc. ("AATI") moves this Court for leave to file a supplemental complaint adding newly issued U.S. Patent No. 8,167,242, which is directly related to and covers the same general technology as the original patents-in-suit. AATI is concurrently filing a Memorandum of Law in support of this Motion. Counsel for Defendants have indicated Defendants do not oppose this motion.

Date: May 2, 2012

Respectfully submitted,

**ARENT FOX, LLP**

  /s/ Lindsay S.C. Brinton
Lindsay S.C. Brinton (Bar No. 58595MO)
Clayton, MO 63105
Phone: (314) 721-0219
Fax:    (202) 357-6395
brinton.lindsay@arentfox.com

LDR/381610.1

            Craig S. King
            Anthony W. Shaw
            Richard J. Webber
            Kevin R. Pinkney
            Taniel E. Anderson
            1050 Connecticut Avenue, N.W.
            Washington, DC  20036

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 2, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                                /s/ Lindsay S.C. Brinton

LDR/381610.1