UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADVANCED AEROSPACE TECHNOLOGIES, INC., | ) ) ) ) |
|     Plaintiff and Counterclaim-Defendant, | ) ) ) |
| v. | ) ) |
| THE BOEING COMPANY, | ) ) |
|    and | ) ) |
| INSITU, INC., | ) ) |
|     Defendants and Counterclaim-Plaintiffs. | ) ) ) |

Civil Action No. 4:12-cv-226-RWS

JURY TRIAL DEMANDED

**PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff Advanced Aerospace Technologies, Inc. ("AATI") for its Answer to Defendants' Counterclaims states as follows:

1. AATI admits that Defendants filed a counterclaim for a declaratory judgment.

Parties and Jurisdiction

2. AATI admits the allegations of paragraph 2 of Defendants' Counterclaims.

3. AATI admits the allegations of paragraph 3 of Defendants' Counterclaims.

4. AATI admits the allegations of paragraph 4 of Defendants' Counterclaims.

5. Paragraph 5 of Defendants' Counterclaims states legal conclusions to which no response is required.  To the extent a response is required, AATI denies the allegations of paragraph 5 of Defendants' Counterclaims.

TECH/1148653.1

6. AATI admits the allegations of paragraph 6 of Defendants' Counterclaims.

7. AATI admits the allegations of paragraph 7 of Defendants' Counterclaims.

Facts

8. AATI admits the allegations of paragraph 8 of Defendants' Counterclaims.

9. AATI admits the allegations of paragraph 9 of Defendants' Counterclaims.

10. AATI admits the allegations of paragraph 10 of Defendants' Counterclaims.

11. AATI admits the allegations of paragraph 11 of Defendants' Counterclaims.

12. AATI admits the allegations of paragraph 12 of Defendants' Counterclaims.

13. AATI admits the allegations of paragraph 13 of Defendants' Counterclaims.

14. AATI admits the allegations of paragraph 14 of Defendants' Counterclaims.

15. AATI admits the allegations of paragraph 15 of Defendants' Counterclaims.

16. AATI admits the allegations of paragraph 16 of Defendants' Counterclaims.

17. AATI admits the allegations of paragraph 17 of Defendants' Counterclaims.

18. AATI admits the allegations of paragraph 18 of Defendants' Counterclaims.

19. AATI admits the allegations of paragraph 19 of Defendants' Counterclaims.

20. Paragraph 20 of Defendants' Counterclaims states legal conclusions to which no response is required.  To the extent a response is required, AATI denies the allegations of paragraph 20 of Defendants' Counterclaims.

**Count One—Non-Infringement of '729 Patent**

21. AATI incorporates by reference its responses to paragraphs 1 through 20 of Defendants' Counterclaims.

22. AATI denies the allegations of paragraph 22 of Defendants' Counterclaims.

23. AATI denies the allegations of paragraph 23 of Defendants' Counterclaims.

### Count Two—Invalidity of the '729 Patent

24. AATI incorporates by reference its responses to paragraphs 1 through 23 of Defendants' Counterclaims.

25. AATI denies the allegations of paragraph 25 of Defendants' Counterclaims.

26. AATI denies the allegations of paragraph 26 of Defendants' Counterclaims.

### Count Three—Non-Infringement of the '137 Patent

27. AATI incorporates by reference its responses to paragraphs 1 through 26 of Defendants' Counterclaims.

28. AATI denies the allegations of paragraph 28 of Defendants' Counterclaims.

29. AATI denies the allegations of paragraph 29 of Defendants' Counterclaims.

### Count Four—Invalidity of the '137 Patent

30. AATI incorporates by reference its responses to paragraphs 1 through 29 of Defendants' Counterclaims.

31. AATI denies the allegations of paragraph 31 of Defendants' Counterclaims.

32. AATI denies the allegations of paragraph 32 of Defendants' Counterclaims.

### Count Five—Non-Infringement of the '242 Patent

33. AATI incorporates by reference its responses to paragraphs 1 through 32 of Defendants' Counterclaims.

34. AATI denies the allegations of paragraph 34 of Defendants' Counterclaims.

35. AATI denies the allegations of paragraph 35 of Defendants' Counterclaims.

### Count Six—Invalidity of the '242 Patent

36. AATI incorporates by reference its responses to paragraphs 1 through 35 of Defendants' Counterclaims.

37. AATI denies the allegations of paragraph 37 of Defendants' Counterclaims.

38. AATI denies the allegations of paragraph 38 of Defendants' Counterclaims.

**PRAYER FOR RELIEF**

AATI denies that it is liable for any of the relief requested in Defendants' Prayer for Relief.

Date:  June 19, 2012

Respectfully Submitted,

*/s/ Lindsay S.C. Brinton*
LINDSAY S.C. BRINTON (Bar No. 58595MO)
ARENT FOX LLP
112 South Hanley Road, Suite 200
Clayton, MO 63105
Phone: (314) 721-0219
Fax: (202) 357-6395

CRAIG S. KING
ANTHONY W. SHAW
RICHARD J. WEBBER
KEVIN R. PINKNEY
TANIEL E. ANDERSON
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Phone: (202) 857-6227
Fax: (202) 357-6395

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of June 2012, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the following:

B. Scott Eidson
David W. Harlan
John H. Quinn, III
Armstrong Teasdale, LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri  63105
seidson@armstrongteasdale.com
dharlan@armstrongteasdale.com
jquinn@armstrongteasdale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

David C. Marcus
Wilmer, Cutler, Pickering, Hale, & Dorr, LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
david.marcus@wilmerhale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

Nina S. Tallon
Wilmer, Cutler, Pickering, Hale, & Dorr, LLP
1801 Pennsylvania Avenue, NW
Washington, D.C.  20006
nina.tallon@wilmerhale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

Joseph F. Haag
Wilmer, Cutler, Pickering, Hale, & Dorr, LLP
950 Page Mill Road
Palo Alto, California  94304
joseph.haag@wilmerhale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

Jonathan W. Andron
Sean K. Thompson
Wilmer, Cutler, Pickering, Hale, & Dorr, LLP
60 State Street
Boston, Massachusetts  02109
jonathan.andron@wilmerhale.com
sean.thompson@wilmerhale.com
*Attorneys for Insitu, Inc.*
*Attorneys for The Boeing Company*

*/s/ Lindsay S.C. Brinton*

5

TECH/1148653.1